■ JOSEPH C. BRAVATA et al., Respondents, v. CHESTER F. JACOBS, as County Treasurer of Suffolk County, et al., Appellants.—Judgment of the Supreme Court, Suffolk County, dated June 26, 1968, affirmed, with one bill of $10 costs and disbursements. Under the special circumstances of this case, affirmance is warranted. Christ, Acting P. J., Brennan, Rabin, Munder and Martuscello, JJ., concur.